UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY FALCON,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF WATSONVILLE, et al.,<br><br>          Defendants. | Case No. 24-cv-04625-JST<br><br>**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: ECF No. 1 |

Before the Court is Plaintiff Roy Falcon's motion for a temporary restraining order against Defendants City of Watsonville, City Manager of Watsonville, Watsonville Police Department, Watsonville Public Works Department, and Watsonville Utilities Department. ECF No. 1. The Court will deny the motion.

Under Civil Local Rule 65-1(a)(5), "[a] motion for temporary restraining order must be accompanied by . . . [a] declaration by counsel certifying that notice has been provided to the opposing party, or explaining why such notice could not be provided." Rule 65 of the Federal Rules of Civil Procedure states that a court "may issue a temporary restraining order without written or oral notice to the adverse party or its attorney only if . . . (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required." Fed. R. Civ. P. 65(b)(1). Although Falcon is proceeding *pro se*, "[a] person representing him or herself without an attorney is bound by the Federal Rules, as well as by all applicable local rules." Civil L.R. 3-9(a).

Falcon offers no evidence that he has provided Defendants with notice of his motion for a temporary restraining order, as required by Civil Local Rule 65-1(a)(5). Nor has Falcon certified "in writing any efforts made to give notice and the reasons why it should not be required" in this

1   case, as required by Rule 65 of the Federal Rule of Civil Procedure.

2   Accordingly, the Court is unable to consider Falcon's motion at this time. The motion is
3   denied without prejudice.

4   Falcon may wish to consult the resources available on the Court's website,
5   at https://cand.uscourts.gov/pro-se-litigants/, for people who are representing themselves without a
6   lawyer. One such resource is the free Legal Help Center Operated by the Bar Association of San
7   Francisco, https://cand.uscourts.gov/about/court-programs/legal-help-desks/. The Legal Help
8   Center has two locations: 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco,
9   California, and 1301 Clay Street, 4th Floor, Room 470S, Oakland, California. It sets up
10  appointments to speak with a lawyer for basic legal help, but it does not provide legal
11  representation. Litigants may schedule an appointment by emailing fedpro@sfbar.org or calling
12  (415) 782-8982.

13  **IT IS SO ORDERED.**

14  Dated: August 1, 2024

_____

JON S. TIGAR
United States District Judge