UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY FALCON,<br><br>           Plaintiff,<br><br>    v.<br><br>CITY OF WATSONVILLE, et al.,<br><br>           Defendants. | Case No. 24-cv-04625-JST<br><br>**ORDER DIRECTING CLERK TO ENTER JUDGMENT AND CLOSE THE FILE** |

On October 30, 2024, the Court dismissed Plaintiff Roy Falcon's complaint under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim and gave Falcon 28 days to file an amended complaint. ECF No. 11. The Court explained that failure to file a timely amended complaint would result in dismissal of the complaint with prejudice and closure of the case. *Id.* at 4.

The time to file an amended complaint has passed, and no amended complaint has been filed. Accordingly, the Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: July 31, 2025

_____
JON S. TIGAR
United States District Judge